

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANNY BROCK                                                CIVIL ACTION

VERSUS                                                     NO. 05-6624

JACK A. STEVENSON                                          SECTION: "N"(3)

ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed.R.Civ.P. 4(m).

New Orleans, Louisiana, this 21st day of August, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___